IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALPHONSO JOHNSON, JR., and<br>STACEY VANARSDALE,<br><br>    Defendants. | **4:23CR3075**<br><br><br>**ORDER** |

Defendant Johnson has moved to continue the pretrial motion deadline, (Filing No. 33), because Defendant and defense counsel need additional time to discuss the potential for filing pretrial motions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Johnson's motion to continue, (Filing No. 33), is granted.

2) As to both defendants, pretrial motions and briefs as to Defendant Johnson shall be filed on or before October 26, 2023.

3) As to both defendants, the conference call previously scheduled to be held on October 3, 2023, is continued, and it will be held before the undersigned magistrate judge at 2:00 p.m. on November 7, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4)      The ends of justice served by granting the motion to continue
        outweigh the interests of the public and the defendants in a speedy
        trial, and as to both defendants, the additional time arising as a result
        of the granting of the motion, the time between today's date and
        November 7, 2023 shall be deemed excludable time in any
        computation of time under the requirements of the Speedy Trial Act,
        because although counsel have been duly diligent, additional time is
        needed to adequately prepare this case for trial and failing to grant
        additional time might result in a miscarriage of justice.  18 U.S.C. §
        3161(h)(1) & (h)(7). Failing to timely object to this order as provided
        under this court's local rules will be deemed a waiver of any right to
        later claim the time should not have been excluded under the Speedy
        Trial Act.

Dated this 21st day of September, 2023.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge